| AO 10 Rev. 1/2018 | **FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2017** | *Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial) Burroughs, Allison D. | 2. Court or Organization U.S. District Court, Massachusetts | 3. Date of Report 05/09/2018 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. District Judge | 5a. Report Type (check appropriate type) ☐ Nomination Date ☐ Initial ☑ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2017 to 12/31/2017 |

**7. Chambers or Office Address**

U.S. District Court
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 5730
Boston, MA 02210

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | Agassiz Village |
| 2. Trustee | Trust #1 |
| 3. Trustee | Trust #2 |
| 4. Trustee | Trust #3 |
| 5. Trustee | Trust #4 |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2017 | S.D. Warren Company d/b/a Sappi North America, salary |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American Bar Association | 10/26/2017 - 10/27/2017 | Washington, DC | Invited speaker/participant at National Institute on Class Actions | RT Airline Flight, Hotel, Taxis (From Airport to Hotel; From Hotel to Airport in DC), Parking at Logan Airport, Boston, MA |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Burroughs, Allison D.** | 05/09/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Burroughs, Allison D. | 05/09/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Middlesex Savings Bank, accounts | A | Interest | M | T | | | | | |
| 2. Capital One 360, bank accounts | A | Interest | L | T | | | | | |
| 3. Hanscom Federal Credit Union, accounts | A | Interest | K | T | | | | | |
| 4. Gold Coins | | None | J | T | | | | | |
| 5. Hopster's LLC Series A-2 Preferred Units | | None | J | T | Buy | 02/10/17 | J | | |
| 6. HWS Baseball VI, LLC, membership interest | | None | K | U | | | | | |
| 7. Longleaf Partners Fund | B | Dividend | J | T | | | | | |
| 8. Longleaf Partners International Fund | A | Dividend | K | T | | | | | |
| 9. Sappi Limited Performance Shares (vested) | | None | | | Buy | 12/13/17 | L | | Sappi Limited |
| 10. | | | | | Sold | 12/28/17 | L | B | |
| 11. SPDR S&P 500 ETF Trust | B | Dividend | M | T | Sold (part) | 03/27/17 | K | E | |
| 12. | | | | | Sold (part) | 03/27/17 | K | E | |
| 13. U.S. Savings Bonds, Series EE | | None | J | T | | | | | |
| 14. Vanguard Federal Money Market Fund | A | Dividend | J | T | Buy (add'l) | 03/27/17 | K | | |
| 15. | | | | | Buy (add'l) | 03/27/17 | K | | |
| 16. | | | | | Sold (part) | 05/02/17 | J | | |
| 17. | | | | | Sold (part) | 05/02/17 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Burroughs, Allison D. | 05/09/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Sold (part) | 08/03/17 | L | | |
| 19. | | | | | Sold (part) | 08/03/17 | L | | |
| 20. | | | | | Sold (part) | 08/07/17 | J | | |
| 21. | | | | | Sold (part) | 08/07/17 | J | | |
| 22. Vanguard GNMA Fund | B | Dividend | L | T | Buy (add'l) | 03/13/17 | K | | |
| 23. | | | | | Buy (add'l) | 03/13/17 | K | | |
| 24. Vanguard Prime Money Market Fund | A | Dividend | J | T | Buy (add'l) | 01/13/17 | K | | |
| 25. | | | | | Buy (add'l) | 01/13/17 | K | | |
| 26. | | | | | Sold (part) | 03/13/17 | K | | |
| 27. | | | | | Sold (part) | 03/13/17 | J | | |
| 28. | | | | | Sold (part) | 03/13/17 | K | | |
| 29. | | | | | Sold (part) | 03/13/17 | J | | |
| 30. | | | | | Sold (part) | 03/15/17 | J | | |
| 31. | | | | | Sold (part) | 03/15/17 | J | | |
| 32. | | | | | Sold (part) | 08/03/17 | K | | |
| 33. | | | | | Sold (part) | 08/03/17 | K | | |
| 34. Vanguard Short-Term Investment Grade Fund | B | Dividend | L | T | Buy (add'l) | 03/15/17 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Burroughs, Allison D. | 05/09/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Buy (add'l) | 03/15/17 | J | | |
| 36. Vanguard Total International Stock Market Index Fund | A | Dividend | K | T | | | | | |
| 37. Vanguard Total Stock Market Index Fund | B | Dividend | M | T | Sold (part) | 01/13/17 | K | D | |
| 38. | | | | | Sold (part) | 01/13/17 | K | D | |
| 39. Wefunder.com (escrow for Hopster's LLC Series A-2 Preferred Units) | | None | | | Sold | 02/10/17 | J | | |
| 40. 401K #2 (H) | | | | | | | | | |
| 41. -American Funds EuroPacific Growth Fund | B | Dividend | K | T | | | | | |
| 42. -Vanguard Retirement Savings Trust II | D | Dividend | N | T | Buy (add'l) | 01/13/17 | L | | |
| 43. -Vanguard Total Stock Market Index Fund | D | Dividend | O | T | Sold (part) | 01/13/17 | L | E | |
| 44. IRA #1 (H) | | | | | | | | | |
| 45. -Vanguard GNMA Fund | A | Dividend | K | T | Buy (add'l) | 01/13/17 | J | | |
| 46. -Vanguard Short-Term Investment Grade Fund | A | Dividend | K | T | Buy (add'l) | 01/13/17 | J | | |
| 47. -Vanguard Total International Stock Market Index Fund | A | Dividend | J | T | | | | | |
| 48. -Vanguard Total Stock Market Index Fund | B | Dividend | L | T | Sold (part) | 01/13/17 | J | A | |
| 49. | | | | | Sold (part) | 01/13/17 | J | A | |
| 50. Trust #1 (H) | | | | | | | | | |
| 51. -Brookfield Real Assets I: RA | C | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Burroughs, Allison D. | 05/09/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -Netflix Inc. (X) | | | J | T | | | | | |
| 53. -Royal Dutch Shell ADRs | B | Dividend | K | T | | | | | |
| 54. -Charles Schwab & Co., Inc., cash balance | A | Interest | N | T | | | | | |
| 55. Trust #2 (H) | | | | | | | | | |
| 56. -Vanguard GNMA Fund | A | Dividend | K | T | Buy (add'l) | 01/13/17 | J | | |
| 57. -Vanguard Federal Money Market Fund | A | Dividend | J | T | Buy | 04/05/17 | J | | |
| 58. -Vanguard Short-Term Investment Grade Fund | A | Dividend | K | T | Buy (add'l) | 01/13/17 | J | | |
| 59. | | | | | Sold (part) | 04/14/17 | J | A | |
| 60. -Vanguard Total International Stock Market Index Fund | A | Dividend | J | T | | | | | |
| 61. -Vanguard Total Stock Market Index Fund | B | Dividend | L | T | Sold (part) | 01/13/17 | J | A | |
| 62. | | | | | Sold (part) | 01/13/17 | J | A | |
| 63. Trust #3 (H) | | | | | | | | | |
| 64. -Vanguard GNMA Fund | A | Dividend | K | T | Buy (add'l) | 01/13/17 | J | | |
| 65. -Vanguard Federal Money Market Fund | A | Dividend | J | T | Buy | 04/05/17 | J | | |
| 66. -Vanguard Short-Term Investment Grade Fund | A | Dividend | K | T | Buy (add'l) | 01/13/17 | J | | |
| 67. | | | | | Sold (part) | 04/04/17 | J | A | |
| 68. -Vanguard Total International Stock Market Index Fund | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 69. -Vanguard Total Stock Market Index Fund | B | Dividend | L | T | Sold (part) | 01/13/17 | J | A | |
| 70. | | | | | Sold (part) | 01/13/17 | J | A | |
| 71. IRA #2 (H) | | | | | | | | | |
| 72. -Vanguard GNMA Fund | B | Dividend | L | T | Buy (add'l) | 01/13/17 | K | | |
| 73. | | | | | Buy (add'l) | 03/13/17 | J | | |
| 74. -Vanguard Short-Term Investment Grade Fund | B | Dividend | L | T | Buy (add'l) | 01/13/17 | K | | |
| 75. | | | | | Buy (add'l) | 03/13/17 | J | | |
| 76. -Vanguard Total International Stock Market Index Fund | A | Dividend | K | T | | | | | |
| 77. -Vanguard Total Stock Market Index Fund | D | Dividend | N | T | Sold (part) | 01/13/17 | K | B | |
| 78. | | | | | Sold (part) | 01/13/17 | K | B | |
| 79. | | | | | Sold (part) | 03/13/17 | J | B | |
| 80. | | | | | Sold (part) | 03/13/17 | J | B | |
| 81. Trust #4 (H) | | | | | | | | | |
| 82. -Middlesex Savings Bank, account | | None | J | T | Open | 10/11/17 | J | | |
| 83. Trust #5 (H) | | | | | | | | | |
| 84. -Middlesex Savings Bank, account | | None | J | T | Open | 10/11/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Burroughs, Allison D. | 05/09/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Burroughs, Allison D. | 05/09/2018 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Allison D. Burroughs**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544